UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVSION

| | |
|---|---|
| TONYA LACOURSE, | 4:17-CV-11070-TGB |
| Plaintiff, | |
| vs. | ORDER DISMISSING CASE |
| DETROIT EDISON, | |
| Defendant. | |

During a telephonic status conference held on June 13, 2018, the Court was notified that the parties had reached a resolution in this matter. Therefore, this case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010). If the parties fail to fully consummate their settlement, either side may file a motion to enforce the settlement agreement, or a motion to re-open this case.

**SO ORDERED**.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2018

### Certificate of Service

I hereby certify that this Order was electronically submitted on June 14, 2018, using the CM/ECF system, which will send notification to each party.

s/A. Chubb
Case Manager